FILED

LODGED

2005 JUN -2 P 3: 52

JUN - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) MG-F-04-2177
) 
            Plaintiff, )
)
    v. )
)
ANTHONY LOGAN, )
)
)
            Defendant. )
_____)

**ORDER**

The complaint and warrant of arrest in this case were ordered sealed by order of this court, and it appearing that they no longer need to remain secret,

IT IS HEREBY ORDERED that the complaint and warrant of arrest be unsealed and made public record.

DATED: June 2, 2005            _____
                               United States District/Magistrate Judge